UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DANA SAMWELL CARMICHAEL | § | |
| | § | |
| v. | § | CIVIL NO. 4:22-CV-401-SDJ |
| | § | |
| PARIS POLICE DEP'T, ET AL. | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 31, 2023, the Report of the Magistrate Judge, (Dkt. #10), was entered containing proposed findings of fact and recommendation this case be dismissed without prejudice.

This Court has reviewed the Magistrate Judge's proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings, Conclusions, and a Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the above-captioned case is **DISMISSED without prejudice**.

**The clerk is instructed to close this matter.**

**So ORDERED and SIGNED this 31st day of July, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE